JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEMPRA ENERGY, a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED, a Bermuda mutual insurance company; and CENTURY INDEMNITY COMPANY, as Successor to CCI Insurance Company, as Successor to Insurance Company of North America, a Pennsylvania corporation,<br><br>　　　　Defendants. | Case No. 2:14-cv-7984 MWF (RZx)<br><br>Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL** |

2537895 (FAC)

1       Having reviewed the Stipulation for Dismissal entered into by plaintiff Sempra Energy and defendants Associated Electric & Gas Insurance Services Limited ("AEGIS"), Century Indemnity Company, as Successor to CCI Insurance Company, as Successor to Insurance Company of North America ("Century"), and filed on September 23, 2015, and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1.    All claims asserted in the above-captioned matter as to defendants AEGIS and Century are dismissed with prejudice; and

    2.    The parties shall bear their own attorneys' fee and costs.

**IT IS SO ORDERED**.

DATED: __9/24/2015__

                                  Hon. Michael W. Fitzgerald
                                  United States District Court Judge